UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY JUNE BROGAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>TARGET CORPORATION and JOHN DOE (first and last name being fictitious and unknown),<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>22 Civ. 6414 (PGG)(SLC) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　Because this case has been referred to Magistrate Judge Sarah L. Cave for general pre-trial supervision, the conference currently scheduled for Thursday, November 3, 2022 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
November 2, 2022

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　United States District Judge