UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY JUNE BROGAN,

                Plaintiff,

-v-

TARGET CORPORATION and JOHN DOE, first and last name being fictitious and unknown,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 6414 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, April 3, 2023, the Court orders as follows:

1. By **Monday, April 17, 2023**, Plaintiff shall either (i) execute, or (ii) respond to the outstanding requests for medical and employment authorizations, and serve her executed authorizations or responses on Defendants.

2. The fact discovery deadline is EXTENDED to **Friday, June 2, 2023**. By **Friday, June 9, 2023**, the parties shall file a joint letter (i) certifying the completion of fact discovery, and (ii) advising whether they are interested in scheduling a settlement conference with the Court.

3. Expert discovery shall be completed by **Wednesday, July 5, 2023**.

    i. Party-proponent disclosures shall be served by **Friday, June 2, 2023**.

    ii. Party-opponent disclosures shall be served by **Friday, June 16, 2023**.

    iii. Expert depositions shall be completed by **Wednesday, July 5, 2023**.

a. By **Wednesday, July 12, 2023**, the parties shall file a joint letter certifying the completion of expert discovery.

b. Parties seeking to make post-discovery dispositive motions shall submit a letter addressed to the Honorable Paul G. Gardephe in accordance with Rule 4(A) of the Judge Gardephe's Individual Practices by **Wednesday, July 12, 2023**. Opposition letters are due by **Thursday, July 20, 2023**.

Dated:     New York, New York
           April 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2