UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KELLY JUNE BROGAN,<br><br>                            Plaintiff,<br><br> -v-<br><br>TARGET CORPORATION and JOHN DOE, first and last name being fictitious and unknown,<br><br>                          Defendants. | CIVIL ACTION NO.: 22 Civ. 6414 (PGG) (SLC)<br><br>**<u>ORDER</u>** |
|---|---|

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, July 31, 2023, the Court orders a follows:

1. This action is STAYED for a further 30 days to allow <u>pro se</u> Plaintiff Kelly June Brogan ("Ms. Brogan") to retain new counsel.

2. By **August 31, 2023**, Ms. Brogan's new counsel shall file a notice of appearance.

Ms. Brogan is reminded of her responsibility to maintain a current address with the Court, and that failure to do so is grounds for dismissal for failure to prosecute, "because the case cannot proceed without such information." <u>Cabrera v. Brann</u>, No. 21 Civ. 780 (JMF), 2021 WL 1549818, at *1 (S.D.N.Y. Apr. 20, 2021) (citation and alteration omitted).

Ms. Brogan is also reminded of her ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for <u>pro se</u> litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Defendant shall promptly serve a copy of this Order on Ms. Brogan, and file proof of service on the docket.

Dated: New York, New York
July 31, 2023                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2