UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY JUNE BROGAN,<br><br>                              Plaintiff,<br><br>-v-<br><br><br>TARGET CORPORATION and JOHN DOE, first and last name being fictitious and unknown,<br><br>                              Defendants. | CIVIL ACTION NO.: 22 Civ. 6414 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' September 5, 2023 letter (ECF No. 27), the Court orders as follows:

1. This action is STAYED for a further seven (7) days to allow pro se Plaintiff Kelly June Brogan ("Ms. Brogan") to retain new counsel.

2. By **September 8, 2023**, Ms. Brogan's new counsel shall file a notice of appearance.

3. By **September 14, 2023**, the parties shall file a joint letter proposing a schedule for any remaining discovery.

Ms. Brogan is reminded of her responsibility to maintain a current address with the Court, and that failure to do so is grounds for dismissal for failure to prosecute, "because the case cannot proceed without such information." Cabrera v. Brann, No. 21 Civ. 780 (JMF), 2021 WL 1549818, at *1 (S.D.N.Y. Apr. 20, 2021) (citation and alteration omitted).

Ms. Brogan is also reminded of her ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-

se-clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Defendant shall promptly serve a copy of this Order on Ms. Brogan, and file proof of service on the docket.

Dated:	New York, New York
	September 6, 2023		SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2